ROSE VOLPE, PLAINTIFF-PETITIONER, v.
EASTBORNE HOTEL, DEFENDANT-RESPONDENT.

On petition for certification to Appellate Division, Superior Court.

*Mr. Herbert Winokur* and *Messrs. Levy, Lemken & Margulies,* for the petitioner.

*Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. H. Curtis Meanor,* for the respondent.

May 3, 1966. Denied.

CHARLES R. VERNER, PLAINTIFF-PETITIONER, v. ANDREW MITCHKO, INC., *ET ALS.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

*Mr. Jacob L. Winograd* and *Messrs. Levy, Lemken & Margulies* for the petitioner.

*Messrs. Schenck, Price, Smith & King, Mr. Francis J. Beyrent* and *Mr. David J. Connolly, Jr.,* for the respondents.

May 3, 1966. Denied.

IN THE MATTER OF THE ESTATE
OF RICHARD C. CHAMBERLAIN, DECEASED.

On petition for certification to Appellate Division, Superior Court.

*Mr. Gordon A. Philips* and *Mr. Vincent D. Girard,* for the petitioner.

*Messrs. Parker, McCay & Criscuolo,* for the respondents.

*Mr. William Abbotts,* guardian *ad litem* for infant respondents.

May 3, 1966. Denied.